19-CV-5333
(JMA)(AKT)

Eric Owens

48 Kennedy Heights

Glen Cove, NY 11542

516-231-6375

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2019 ★

LONG ISLAND OFFICE

RECEIVED
SEP 25 2019
EDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

19-5333(JMA)(AKT)

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

September 18, 2019

Eric Todd Owens
48 Kennedy Heights
Glen Cove, NY 11542

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 18 2019 ★

LONG ISLAND OFFICE

RE: Owens v. Chekr Inc.

Dear Mr. Owens:

Please note that the Court is in receipt of your new civil action which was filed in person on September 18, 2019. The Court needs both your mailing address and your telephone number for the docket. Please submit a letter indicating the above referenced information as soon as possible.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060



Eric Owens
48 Kennedy Hts
Glen Cove, NY 11542

MID-ISLAND
NY 115
23 SEP '19
PM 6 L

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0000842085  SEP 20 2019
MAILED FROM ZIP CODE 11542

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 23 2019
LONG ISLAND OFFICE

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

11722-443600