**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC TODD OWENS

        Plaintiff,

- against -

        **JUDGMENT**
        CV 19-5333 (JMA)(AKT)

CHECKR, INC., UBER TECHNOLOGIES,

        Defendants.
-----------------------------------------------------------X

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on February 24, 2020, dismissing the amended complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b), denying *in forma pauperis* status for the purpose of any appeal, and directing the Clerk of the Court to mark this case closed, it is

**ORDERED AND ADJUDGED** that plaintiff Eric Todd Owens take nothing of defendants Checkr, Inc., and Uber Technologies; that the amended complaint is dismissed without prejudice; that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated: February 26, 2020
      Central Islip, New York

                                      DOUGLAS C. PALMER
                                    CLERK OF THE COURT
                        BY:   /S/ JAMES J. TORITTO
                                    DEPUTY CLERK