United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**21-CV-4841 – JMA-AKT**

1) indicated that this case is related to the following case(s):

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

**15-CV-492-JMA-AKT**
**15-CV-2443-JMA-AKT**
**19-CV-5314-JMA-AKT**
**19-CV-5333-JMA-AKT**